UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL SPERO,

                          Plaintiff,

   -against-

POLICE OFFICER MIHAI TUDOR, et al,

                         Defendants
-----------------------------------------------------------X

**ORDER OF SUSTENANCE**

11cv4850 (BMC)

**Brian M. Cogan, United States District Judge:**

       It is Hereby ORDERED that the Marshal supply proper sustenance to the Seven (7) jurors empaneled in the above entitled action.

\_\_\_\_\_ During Trial

**X** Deliberating

\_\_\_\_\_ Sequestered

**X** Lunch

\_\_\_\_\_ Other

                                                  *s/ BMC*
                                     Brian M. Cogan
                                     UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       Oct. 11, 2012